

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00220-CV

## IN THE INTEREST OF S.T., A CHILD

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. DC-D201700852

## ORDER

This is a private termination proceeding. The petition for termination was initiated by S.T.'s mother, not the State of Texas, and thus, even if unable to afford to pay cost, B.T. was not entitled to appointed counsel. *See* TEX. FAM. CODE ANN. § 107.013 (West 2014). The trial court ordered B.T.'s parental rights terminated. Acting as his own attorney, B.T. appealed the trial court's order terminating B.T.'s parental rights to S.T. B.T. paid the fees and cost necessary to proceed with the appeal, *i.e.* he has not been determined unable to pay cost.

B.T. was notified by the Clerk of this Court by letter dated September 7, 2018 that the Reporter's Record had been filed and that careful attention should be paid to the rules

"concerning the form, number of copies, and time for filing briefs…." B.T.'s brief in this appeal was due September 27, 2018. *See* TEX. R. APP. P. 28.4; 38.6(a). By letter dated October 4, 2018, the Clerk of this Court notified B.T. that his brief was past due. In the same letter, the Clerk warned B.T. that the Court may dismiss the appeal for want of prosecution unless, within 10 days from the date of the letter, B.T. either filed his brief or explained why no brief had been filed and requested an extension of time to file his brief. *See* TEX. R. APP. P. 42.3(c). More than 10 days passed and neither a brief nor a request for an extension of time to file the brief were filed.

But just as the Court was about to dismiss the appeal for want of prosecution, B.T. sent a letter, which is actually a motion, to the Clerk of this Court. It was not served on opposing counsel. Although previously admonished by the Court, B.T. nevertheless continues to fail to serve opposing counsel with copies of correspondence and motions. We grow weary of his excuses and claims of ignorance, as will be explained herein.

In the motion, B.T. references the September 7, 2018 and October 4, 2018 letters from the Clerk mentioned above. He then states that, "[t]he letter never stated that I had to file a brief and it was not my understanding that I needed to file one." B.T. then proceeds to again claim as excuses his incarceration in Colorado, his misunderstanding of what was needed, and his ignorance of the procedure and law.

B.T. also states in his motion that his release date is anticipated to be November 17, 2018 and requests an extension of time until the end of November to file his brief. The Court grants B.T. an extension to the very last day of November to file a brief; but this will be B.T.'s last extension absent truly extraordinary circumstances.

The Court notes that while *pro se* litigants are allowed some latitude, complete failure to abide by the rules and deadlines is far beyond the latitude allowed. Therefore, unless a brief in the substantially correct form is timely filed, with a copy served on opposing counsel *and* service properly noted in the filed brief, the Court will dismiss this appeal.

B.T. is responsible for his current incarceration, not the child or the child's mother; and the Court has already delayed the disposition of this proceeding far longer than accorded to other litigants in this type proceeding. But there is a limit to the delay, and in this case, November 30, 2018 is that limit.

B.T.—you are ORDERED to file, with the Clerk of this Court, a brief in substantially correct form with a copy served on opposing counsel *and* service properly noted in the filed brief *on or before* November 30, 2018. Your failure to timely comply with this Order will result in the dismissal of this proceeding. This is your last notice and opportunity to cure your failure to timely file the required brief.

You owe $10 for the filing of your motion for extension of time to file your brief.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed October 24, 2018

